United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-20459-elf
John A. Palermo                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Linda              Page 1 of 3              Date Rcvd: Jul 16, 2018
                              Form ID: 138NEW          Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2018.
db            +John A. Palermo,    1838 S. Broad Street,    Philadelphia, PA 19145-2320
cr             Wells Fargo Bank, N.A., Default Document Processin,    N9286-01Y, 1000 Blue Gentian Road,
                Eagan, MN  55121-7700
12902433       ACI,    PO Box 505,    Linden, MI 48451-0505
12902434      +Aes/benefici,    1200 N 7th St,    Harrisburg, PA 17102-1419
12902435      +American Express,    American Express Special Research,    Po Box 981540,
                El Paso, TX 79998-1540
12902436      +American Home Mtg Srv,    Ahmsi / Attention: Bankruptcy,    Po Box 631730,
                Irving, TX 75063-0002
12902438      +Apothaker & Associates,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
12902442     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,     Attention: Recovery Department,
                4161 Peidmont Pkwy.,    Greensboro, NC 27410)
12902444      +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
12902445      +Budzik & Dynia, LLC,    4849 N. Milwaukee Ave.,    Suite 801,    Chicago, IL 60630-2680
12902446      +Burns & Kasmen,    330 S. Warminster Rd., Suite 358,    Hatboro, PA 19040-3433
12902450      +Chase,    Po Box 24696,    Columbus, OH 43224-0696
12902451      +Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
12902452      +Chrysler Financial/TD Auto Finance,    Attention: Bankruptcy,    Po Box 860,
                Roanoke, TX 76262-0860
12902454       Commonwealth Land Title Insurance Co.,    6601 Frances Street,    Omaha, NE 68106
12902461      +Goal Financial/glels,    2401 International,    Madison, WI 53704-3121
12902462      +Goalf/glelsi,    2401 International,    Madison, WI 53704-3121
12902463      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13043936      +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,    Columbus, OH 43219-6009
12902467      +MC Cassaboon,    15 Forest Gate Lane,    Wilmington, DE 19810-2855
12902469       Pennsylvania Department of Revenue,    P.O. Box 280846,    Bureau of Compliance,
                Harrisburg, PA 17128-0846
12902470      +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
12902471      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
12902472      +Tamara Baldwin,    210 Locust Street, #17F,    Philadelphia, PA 19106-0139
12902474       Td Bank N.a.,    Route 70,    Marlton, NJ 08053
12902475      +Td Rcs/jack Kellmer Co,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
12902476      +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,
                Greenville, TX 75403-5609
12902437     ++WELLS FARGO BANK NA,     WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Americas Servicing Co,     8480 Stagecoach Cir,    Frederick, MD 21701)
12902477      +Wachov/ftu/Wells Fargo,    Po Box 31557,    Mac B6955-01b,    Billings, MT 59107-1557
12902478      +Wachrl/Wells Fargo,    Attn: Centralized Bankruptcy MAC R4057-0,    Po Box 13765,
                Roanoke, VA 24037-3765
12902479      +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
12970714      +Wells Fargo Bank NA,    1 Home Campus,    MAC X2303-01A,    Des Moines, IA 50328-0001
12902480      +Wells Fargo Bank Nv Na,    Attn: Deposits Bankruptcy MAC# P6103-05K,    Po Box 3908,
                Portland, OR 97208-3908
13040455      +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC # D3347-014,
                3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
12902481       Wells Fargo Home Mortgage,    PO Box 11701,    Newark, NJ 07101-4701
12902482      +Wfm/wbm,    3480 Stateview Blvd-Bldg 2s,    Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jul 17 2018 02:04:30     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2018 02:03:39
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 17 2018 02:04:09     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12902439      +E-mail/Text: bnc-applied@quantum3group.com Jul 17 2018 02:04:05     Applied Card Bank,
                Attention: Bankruptcy,    Po Box 17125,    Wilmington, DE 19850-7125
12902441       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 17 2018 02:03:42     Asset Acceptance LLC,
                PO Box 2036,    Warren, MI 48090-2036
12902440      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 17 2018 02:03:42     Asset Acceptance Llc,
                Po Box 1630,    Warren, MI 48090-1630
12902453       E-mail/Text: megan.harper@phila.gov Jul 17 2018 02:04:29     City of Philadelphia,
                Law Dept. Tax Unit,    One Parkway Bldg.,    1515 Arch Street, 15th Floor,
                Philadelphia, PA 19102-1595
13017418       E-mail/Text: megan.harper@phila.gov Jul 17 2018 02:04:29
                City of Philadelphia Law Department,    Tax Unit - Bankruptcy,    Municipal Services Building,
                1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
12902447      +E-mail/Text: bankruptcy@cavps.com Jul 17 2018 02:04:04     Calvary Portfolio Services,
                Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-2321

```
District/off: 0313-2          User: Linda              Page 2 of 3                   Date Rcvd: Jul 16, 2018
                              Form ID: 138NEW          Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12902448       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2018 02:08:37      Cap One,
                 Po Box 5253,    Carol Stream, IL 60197-5253
12902449       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2018 02:08:07      Capital One, N.a.,
                 Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
12953841        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2018 02:03:39      Commonwealth of Pennsylvania,
                 Bankruptcy Division PO Box 280946,    Harrisburg, PA  17128-0946
12902455       +E-mail/Text: mrdiscen@discover.com Jul 17 2018 02:02:56      DB Serving Corporation,
                 6500 New Albany Road,    New Albany, OH 43054-8730
12948820        E-mail/Text: mrdiscen@discover.com Jul 17 2018 02:02:56      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH   43054-3025
12902456       +E-mail/Text: mrdiscen@discover.com Jul 17 2018 02:02:56      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
12902460       +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 02:07:40      Gemb/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
12902459       +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 02:08:32      Gemb/care Credit,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
12902464       +E-mail/Text: EBN_Notifications@OWB.com Jul 17 2018 02:03:20      Indymac Bank/Onewest bank,
                 Attn:Bankruptcy,    2900 Esperanza Crossing,    Austin, TX 78758-3658
12902465        E-mail/Text: cio.bncmail@irs.gov Jul 17 2018 02:03:04      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
12902466       +E-mail/Text: cdicicco@myphillybankruptcylawyer.com Jul 17 2018 02:02:56
                 Law Offices of Christian A. DiCicco,    2008 Chestnut Street,    Philadelphia, PA 19103-4535
12902468       +E-mail/Text: egssupportservices@alorica.com Jul 17 2018 02:03:57      NCO Financial Systems,
                 Attention: Bankruptcy,    507 Prudential Rd,    Horsham, PA 19044-2308
13019119        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2018 02:08:35
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
12902473        E-mail/Text: bankruptcy@td.com Jul 17 2018 02:03:49      Td Bank N.a.,    32 Chestnut Street,
                 Lewiston, ME 04240
12902483       +E-mail/Text: jennifer.chacon@spservicing.com Jul 17 2018 02:04:50
                 Wmc Mortgage Corp/Select Portfolio Servi,    Attn: Bankruptcy Department,    Po Box 65250,
                 Salt Lake City, UT 84165-0250
12902484       +E-mail/Text: jennifer.chacon@spservicing.com Jul 17 2018 02:04:50
                 Wyrhsr Mtg/Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12902443*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank Of America,     Po Box 982235,    El Paso, TX 79998)
12902457*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Fia Csna/Bank of America,     Attn: Bankruptcy,    Po Box 15102,
                 Wilmington, DE 19886)
12951348*       Commonwealth Land Title Insurance Company,    6601 Frances Street,    Omaha, NE 68106
12953842*       Commonwealth of Pennsylvania,    Bankruptcy Division PO Box 280946,    Harrisburg, PA  17128-0946
12902458       ##First Financial Asset Mgmt, Inc.,    PO Box 901,    Fort Mill, SC 29716-0901
                                                                                   TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: Linda                 Page 3 of 3                   Date Rcvd: Jul 16, 2018
                               Form ID: 138NEW             Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2018 at the address(es) listed below:

```
              CHRISTIAN A. DICICCO    on behalf of Plaintiff John A. Palermo
               cdicicco@myphillybankruptcylawyer.com,    christianadicicco@gmail.com;r57075@notify.bestcase.com
              CHRISTIAN A. DICICCO    on behalf of Debtor John A. Palermo cdicicco@myphillybankruptcylawyer.com,
               christianadicicco@gmail.com;r57075@notify.bestcase.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KENYA D. BATES    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: John A. Palermo
    Debtor(s)

Bankruptcy No: 12−20459−elf
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 7/16/18